# Exhibit 1



# Confidentiality Policy

### Policy

Information is an asset of tremendous value in the financial services industry. To maintain the integrity and confidentiality of Fidelity information and the privacy of individuals, employees are required to protect confidential information at all times and to refrain from inappropriately using confidential information or disclosing it to unauthorized persons.

Fidelity employees often have access to a wide range of confidential information. Confidential information consists of all information made know to the employee that is not generally known to the the public and has not been expressly authorized for public disclosure and that is or may be used in the business of any of the Fidelity companies. It includes but is not limited to:

- trade secrets;
- secret, confidential, private or proprietary information;
- computer passwords and program designs;
- proprietary computer software designs and hardware configurations;
- proprietary technology;
- new product and service ideas;
- business plans;
- marketing, financial, trading, research, pricing and sales data;
- customer, prospect, vendor or personnel lists;
- financial and other personal or private information regarding customers (including, but not limited to social security numbers);
- financial and other personal or private information regarding other employees (including, but not limited to social security numbers and compensation), if such information has been obtained either through accessing Fidelity's confidential personnel records or through the exercise of one's confidential job responsibilities;
- confidential information about other companies and their products;
- information expressly designated as "Fidelity Highly Confidential," "Fidelity Confidential" or "Fidelity Internal."

All information is imparted to employees in a relationship of confidence. This means that all employees must exercise a particularly high standard of care with regard to all confidential information. Specifically, each employee is responsible to:

- keep confidential information from possession or review by any authorized person;
- not copy, reproduce, use, disclose, or discuss in any manner, in whole or in part, any confidential information unless it is: (a). necessary to carry out the employee's job and the employee has permission from the owner, (b). necessary for other employees or agents of Fidelity to carry out their duties and responsibilities, or (c) authorized in writing by Fidelity;
- not retain any copies, notes or excerpts (in any form) of confidential information upon

### Related Corporate Policy

Information Protection Policy (SP2I)

### Related Regional Policies

Confidentiality of Information Policy (Fidelity Canada Policy)

Confidentiality of Information Policy (Hong Kong Regional Policy)

Confidentiality of Information Policy (FBS India Policy)

Confidentiality of Information Policy (Japan Regional Policy)

Confidentiality of Information Policy (UK Regional Policy)

### Need More Information

Call HR Solutions:
800-835-5099
(Prompt 2)

- termination of employment;
- notify Fidelity of any inadvertent, unauthorized or negligent copying, reproduction, use, disclosure or discussion of any confidential information;
- not open, read or in any way access confidential information without authorization, and to make sure they know to whom they are speaking before giving out any information;
- not improperly disclose personal information;
- show care when private matters are discussed or private information is requested.

All Fidelity information requires specific classification, labeling, storage, handling, and disposal in accordance with the policies maintained by Enterprise Information Security. Please refer to the Enterprise Information Security Group Web Site and Employee Guide to Records Management for more information. Please refer to the Information Protection Program Web site and Employee Guide to Records Management (pdf) for more information.

Managers are responsible for understanding, communicating and enforcing Company policies. This does not, however, override or diminish an employee's individual responsibility to be aware of and adhere to this policy. Human Resources is available to provide guidance upon request.

Revised Date: 03-15-2010

Disclaimer: In addition to understanding and complying with the policy stated above, you must also know and comply with the general principles which apply to all Fidelity Corporate Policies. Please click here to review these principles.