# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:

FIDELITY BROKERAGE SERVICES LLC, a limited liability company,

    Plaintiff,

v.

ERIC VEVE, an individual,

    Defendant.

---

## DECLARATION OF HILLARY REISING IN SUPPORT OF FIDELITY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

---

    HILLARY REISING, being first duly sworn, states as follows:

    1.    My name is Hillary Reising. I am a Private Client Specialist with Fidelity Brokerage Services LLC's Broomfield, Colorado branch office. I am authorized to submit this declaration in support of Fidelity's Motion for a Temporary Restraining Order. The statements contained herein are based on my personal knowledge.

    2.    As part of my role as a Private Client Specialist, I was involved in contacting many of the customers Veve served on behalf of Fidelity to let them know he was no longer with the firm and another representative would be assigned.

    3.    On July 26, 2012, I received a voicemail from John L███. Mr. L███ reported that Veve contacted him and asked him to transfer his assets to Veve. Mr. L███ declined to do so.

1

4. A CD containing a true and accurate recording of the voicemail message Mr. L▓ left for me is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30th 2012 in Broomfield, Colorado.

_____
HILLARY REISING