IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01986-WYD-MJW

FIDELITY BROKERAGE SERVICES LLC, a limited liability company,

   Plaintiff,

v.

ERIC VEVE, an individual,

   Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff Fidelity Brokerage Services LLC's Unopposed and Stipulated Motion for Extension of Temporary Restraining Order, filed August 20, 2012 [ECF No. 21].  The Court, having reviewed the Motion, being fully advised in the premises therein, and finding good cause therefore, hereby finds and orders as follows.

The Court finds the following:

A.     The delay by the Financial Industry Regulatory Authority ("FINRA") in entering the Agreed Permanent Injunction submitted by the parties on August 7, 2012 is out of the parties' control;

B.     There is good cause for the requested extension because the facts and circumstances forming the basis for the Temporary Restraining Order entered by this Court on August 1, 2012 [ECF No. 10] have not changed, the parties have reached a settlement in this matter, and extension of the Temporary Restraining Order is

necessary to preserve the status quo while the parties document the settlement with FINRA; and

   C. Defendant Eric Veve has stipulated to the extension of the Temporary Restraining Order until such time as the parties' Agreed Permanent Injunction is entered by FINRA, and does not dispute that Plaintiff is entitled to the injunctive relief sought.

  Accordingly, it is hereby

  ORDERED that Plaintiff Fidelity Brokerage Services LLC's Unopposed and Stipulated Motion for Extension of Temporary Restraining Order [ECF No. 21], filed August 20, 2012, is **GRANTED**.  In accordance therewith, it is

  ORDERED that the Temporary Restraining Order issued on August 1, 2012 [ECF No. 10] is extended until such time as the parties' Agreed Permanent Injunction is entered by FINRA.

  Dated:  August 20, 2012.

              BY THE COURT:


              s/ Wiley Y. Daniel
              WILEY Y. DANIEL
              CHIEF UNITED STATES DISTRICT JUDGE